**FILED**
August 06, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | **Case No: EP:25-CR-01931-LS** |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 8 U.S.C. § 1326(a) – |
| SANTIAGO PEREZ-GUZMAN, | § § | Illegal Re-Entry |
| Defendant. | § § § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

On or about July 9, 2025, in the Western District of Texas, Defendant,

**SANTIAGO PEREZ-GUZMAN,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____/s/_____
Assistant U.S. Attorney